IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABIRA MEDICAL LABORATORIES, | : | CIVIL ACTION |
| LLC d/b/a GENESIS DIAGNOSTICS | : | |
| | : | No. 24-162 |
| v. | : | |
| | : | |
| ANTHEM INSURANCE COMPANIES | : | |
| INC., et al. | : | |

## <u>ORDER</u>

AND NOW, this 6th day of September, 2024, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 22) and Plaintiff Abira Medical Laboratories, LLC's opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion is GRANTED and the Amended Complaint is DISMISSED without prejudice.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.